FRANKEL, Appellant, v. WOLPER, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Bertha Frankel against Max Wolper. A. B. Nathan, of New York City, for appellant. E. A. Jones, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRANKLIN v. BOSTON & M. R. R. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by Norris Franklin against the Boston & Maine Railroad. No opinion. Motion denied.

FRANKLIN et al., Appellants, v. LEITER, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by William B. Franklin and another against Joseph Leiter, impleaded with others. E. L. Mooney, of New York City, for appellants. C. T. Terry, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 149 App. Div. 678, 134 N. Y. Supp. 399; 154 N. Y. Supp. 1122.

FREDERICK ZITTEL & SONS, Appellants, v. WEBER, Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Frederick Zittel & Sons against John Weber. H. B. Davis, of New York City, for appellant. E. P. Weed, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

FRENCH, Appellant, v. FRENCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Elizabeth French against Benjamin F. French. No opinion. Judgment affirmed, without costs. See, also, 74 Misc. Rep. 626, 131 N. Y. Supp. 1053; 166 App. Div. 969, 972, 151 N. Y. Supp. 1116.

FREUDENFELS, Respondent, v. RASMUSSEN. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Ernst Freudenfels against Robert T. Rasmussen. No opinion. Motion granted, with $10 costs. Order filed.

FRIBOURG, Appellant, v. EMIGRANTS' INDUSTRIAL SAVINGS BANK, Respondent, et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Louisa Fribourg against the Emigrants' Industrial Savings Bank, impleaded with Esther Robitscher, as executrix. F. L. Guggenheimer, of New York City, for appellants. F. E. M. Bullowa, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 168 App. Div. 816, 154 N. Y. Supp. 532.

FRIED, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Oscar Fried against the New York, New Haven & Hartford Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1115; 155 N. Y. Supp. 1108.

MILLS, J., taking no part.

FRIED, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Oscar Fried against the New York, New Haven & Hartford Railroad Company.

PER CURIAM. Motion denied, with $10 costs. See, also, 155 N. Y. Supp. 1108.

THOMAS, J., not voting.

FRIEDMAN, Respondent, v. SPIRO, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Eva Friedman against Samuel Spiro. B. F. Spellman, of New York City, for appellant. C. B. Harris, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRIES, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Julia Fries against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

FUCHS, Respondent, v. FUCHS, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Clara Fuchs against Joseph Fuchs. M. Cukor, of New York City, for appellant. J. Bogart, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FULTON, v. INGALLS et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Edward J. Fulton against Charles H. Ingalls and the Richmond County Society for the Prevention of Cruelty to Children. No opinion. Motion for leave to appeal to the Court of Appeals, and to certify questions of law, denied, without costs. See, also, 155 N. Y. Supp. 788.

GAGE, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Charles A. Gage against the Interborough Rapid Transit Company.

PER CURIAM. Order modified, by providing that the place of trial shall be changed from the county of Tioga to the county of Orange, and, as modified, affirmed, without costs.

HOWARD, J., dissents.

GAINOR, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Edward P. Gainor against the Boston & Maine Railroad.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, P. J., dissents.